[Cite as *Noll v. Univ. of Akron*, 2021-Ohio-1565.]

| | |
|---|---|
| BRANDI L. NOLL | Case No. 2020-00568PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| THE UNIVERSITY OF AKRON | |
| Respondent | |

{¶1} On January 14, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends that the Court (1) find Requester has failed to establish by clear and convincing evidence that Respondent violated R.C. 149.43(B) when it denied Requester's ambiguous and overly broad request, (2) issue an order denying the claim for production of records, and (3) assess court costs to Requester.

{¶2} Neither party has filed timely written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of January 14, 2021.  The Court therefore adopts the Report and Recommendation.   Judgment is rendered in favor of Respondent.   Court costs are assessed to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.



PATRICK E. SHEERAN
Judge


**Filed April 20, 2021**
**Sent to S.C. Reporter 5/4/21**